**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARTHA ALICIA HERNANDEZ ARROYO, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO ALBARRAN, et al., <br><br> Defendants. | Case No.  26-cv-06745-BLF <br><br><br> **ORDER EXTENDING TEMPORARY RESTRAINING ORDER FOR TWO DAYS; AND RESETTING HEARING ON PRELIMINARY INJUNCTION TO JULY 16, 2026, AT 9:00 A.M.** |

On July 1, 2026, the Court granted Petitioner's *ex parte* motion for a temporary restraining order ("TRO"), set the TRO to remain in effect until 5:00 p.m. on July 14, 2026, and ordered Respondents to show cause why a preliminary injunction should not issue at an in-person hearing at 9:00 a.m. on July 14, 2026.  ECF No. 5.

Because the undersigned is currently presiding over a trial in another case and the undersigned's regular motion day is Thursday, the Court finds that good cause exists to extend the TRO.  *See* Fed. R. Civ. P. 65(b)(2).  Accordingly, the TRO is hereby EXTENDED for an additional 2 days, through July 16, 2026, at 5:00 p.m.  The Court RESETS the hearing on the motion for preliminary injunction to July 16, 2026, at 9:00 a.m.  The hearing will be conducted in person in Courtroom 1 at the Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, California, 95113.

This extension does not appear to prejudice Respondents.  If Respondents object to the extension, however, they must notify the Court no later than July 6, 2026, at 12:00 p.m.  In such

an event, the Government's opposition will be due on July 8, 2026, at 12:00 p.m., any reply will be due on July 8, 2026, at 4:00 p.m., and the hearing will be held on July 9, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  July 2, 2026

_____
BETH LABSON FREEMAN
United States District Judge