**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

|  |  |
|---|---|
| MARTHA ALICIA HERNANDEZ ARROYO,<br><br>       Plaintiff,<br><br>  v.<br><br>SERGIO ALBARRAN, et al.,<br><br>       Defendants. | Case No.  26-cv-06745-BLF<br><br>**ORDER REGARDING HEARING ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Re: ECF No. 2] |

Petitioner's motion for a preliminary injunction, ECF No. 2, is set for hearing on July 16, 2026, ECF No. 9.  The Court requests that the Parties submit their positions on whether they wish to have a hearing or whether the matter should be submitted without a hearing by 5:00 p.m. on July 14, 2026.

**IT IS SO ORDERED.**

Dated:  July 13, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California