CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7320
    Facsimile:  (415) 436-6748
    kenneth.kao@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA ALICIA HERNANDEZ ARROYO,<br><br>    Petitioner,<br><br>  v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>    Respondents, | CASE NO. 5:26-CV-06745-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE JULY 16, 2026 HEARING AND SUBMIT MOTION ON THE PAPERS** |

On July 1, 2026, the Court granted Petitioner's *Ex Parte* Motion for Temporary Restraining Order (TRO), issued an Order to Show Cause why a preliminary injunction should not issue, and set a hearing for July 14, 2026. ECF No. 5. On July 2, the Court extended the TRO for two days and reset the hearing on preliminary injunction to July 16, 2026. ECF No. 9. Respondents filed an opposition to Petitioner's motion (ECF No. 11), and Petitioner filed a reply (ECF No. 12). The motion for preliminary injunction is fully briefed.

On July 13, 2026, the Court issued an Order requesting the parties to state their positions on whether to have a hearing or to submit on the papers without a hearing. ECF No. 13.

Having conferred, the parties agree that the motion can be submitted for decision by the Court without oral argument, and request that the Court vacate the July 16, 2026, hearing and consider the matter submitted.

DATED:  July 14, 2026                    Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

                                         */s/ Kenneth J. Kao*
                                         KENNETH J. KAO
                                         Assistant United States Attorney

                                         Attorneys for Respondents


                                         */s/ Ghassan Shamieh*
                                         GHASSAN SHAMIEH
                                         Designated Counsel for Service
                                         Law Offices of Shamieh, Shamieh &
                                         Ternieden

                                         Attorney for Petitioner


                                **ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Kenneth J. Kao, attest that I have obtained concurrence in the filing of this document from each of the other signatories.


Dated: July 14, 2026          By:    */s/ Kenneth J. Kao*
                                     KENNETH J. KAO

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the July 16, 2026 hearing in the above-captioned case is vacated, and the Court takes the parties' briefing on the motion for preliminary injunction under submission.

IT IS SO ORDERED.

DATED: July 14, 2026

_____
THE HONORABLE BETH L. FREEMAN
United States District Judge