CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH J. KAO (CABN 194912)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415-436-7320
    kenneth.kao@usdoj.gov

Attorneys for Respondents

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARCIA ALICIA HERNANDEZ ARROYO, | No. 5:26-cv-06745-BLF |
| Petitioner, | |
| v. | **JOINT STATEMENT REGARDING BRIEFING SCHEDULE AND** ~~**[PROPOSED]**~~ **ORDER** |
| SERGIO ALBARRAN, *et al.*, | |
| Respondents. | |

1.    The Court's Order Granting Motion for Preliminary Injunction instructed the parties to submit a stipulation proposing a briefing schedule for the underlying habeas petition on or before July 28, 2026. (Dkt. No. 16).

2.    As ordered, the parties have met and conferred and jointly propose the following case schedule:

    Respondents' return: September 28, 2026

    Petitioner's traverse: October 28, 2026

//

//

//

JOINT STATEMENT REGARDING BRIEFING SCHEDULE AND ~~[PROPOSED]~~ ORDER
5:26-cv-06745-BLF

DATED:  July 28, 2026.                    Respectfully submitted,


                                          CRAIG H. MISSAKIAN
                                          United States Attorney

                                           */s/ Kenneth J. Kao*
                                          KENNETH J. KAO
                                          Assistant United States Attorney
                                          *Attorneys for Respondents*

DATED:  July 28, 2026.                    Respectfully submitted,

                                          LAW OFFICES OF SHAMIEH, SHAMIEH &
                                          TERNIEDEN

                                          */s/ Ghassan Shamieh*
                                          GHASSAN SHAMIEH
                                          *Attorney for Petitioner*


*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STATEMENT REGARDING BRIEFING SCHEDULE AND [PROPOSED] ORDER
5:26-cv-06745-BLF

**[PROPOSED] ORDER**

Pursuant to the parties' agreement in the joint case management statement, it is hereby ORDERED that Respondents shall file their return on or before September 28, 2026. Petitioner shall file his traverse on or before October 28, 2026.

IT IS SO ORDERED.

DATED: July 28, 2026

_____
HON. BETH LABSON FREEMAN
United States District Judge